

# HEALTH SOLUTIONS
*Premiere Family Chiropractic*
www.healthsolutions.net

2006 DEC 28  A 10: 15

FILED

December 27, 2006

Bankruptcy Clerk's Office
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602-1003

Re: Brian K. Jones Case Number 06-82076

To Whom It May Concern:

Health Solutions of Morton, Dr. Robert Richardson's office, is filing an objection to discharge of Brian Jones's claim for his account with us.  The reason for the objection is Mr. Jones's bill was to be paid by his health care carrier but because he failed to complete a standard questionnaire with them they have denied his claims making the balance on his account his responsibility.  They have also stated that Mr. Jones still has time to complete the questionnaire and they will reconsider making payment to our office on his behalf.

Yours in Health,

*[signature]*

Nellie Bargar
Practice Manager

---

| 11 Currency Dr., Suite 201 | 636 North Main Street | 5037 W. American Prairie Dr. | 105 Mirramont Lake Drive | 6335 Roswell Road, Suite A |
|---|---|---|---|---|
| Bloomington, IL 61704 | Morton, IL 61550 | Peoria, IL 61615 | Woodstock, GA 30189 | Atlanta, GA 30328 |
| Phone: (309) 665-0777 | Phone: (309) 264-0707 | Phone: (309) 243-8998 | Phone: (678) 445-7055 | Phone: 404-250-1900 |